NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRAM, LLC,**
*Appellant*

v.

**FOX FACTORY, INC.,**
*Appellee*

---

2026-1030

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00492.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT


March 24, 2026
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** March 24, 2026